SUSAN ARANOFF, Respondent, v GERALD ARANOFF, Appellant.
Submitted October 15, 2012; decided November 29, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 1004 (2012)].

VICTOR BAROCAS, Respondent, v DEBORAH BAROCAS, Appellant.
Submitted October 1, 2012; decided November 29, 2012

Motion to vacate this Court's August 14, 2012 dismissal order denied [*see* 19 NY3d 993 (2012)].